IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-659-D

| | |
|---|---|
| IMPLUS FOOTCARE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MAVERICK SPORTS MEDICINE, INC. ) | |
| d/b/a PRO-TECH ATHLETICS, ) | |
| ) | |
| Defendant. ) | |

On June 22, 2016, Maverick Sports Medicine, Inc. d/b/a Pro-Tech Athletics ("defendant" or "Maverick") moved to stay this action pending final resolution of inter partes review of the asserted patent [D.E. 21]. On July 15, 2016, Implus Footcare, LLC ("plaintiff" or "Implus") responded in opposition [D.E. 23]. On August 1, 2016, Maverick replied [D.E. 24].

The court has reviewed the record. A stay would not unduly prejudice Implus and would simplify the issues and the trial in this case. Moreover, the case is at a very early stage, discovery is not complete, and a trial date has not been set. Accordingly, defendant's motion to stay [D.E. 21] is GRANTED, and this action is STAYED pending final resolution of inter partes review of the asserted patent.

SO ORDERED. This __10__ day of October 2016.

JAMES C. DEVER III
Chief United States District Judge